IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| GREGORY LEE, AIS # 184070, | : | |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 10-00467-WS-C |
| CAPTAIN NETTLES, | : | |
| Defendant. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 4th day of October, 2011.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE