IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREGORY LEE, AIS # 184070, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 10-00467-WS-C |
| CAPTAIN NETTLES, | : | |
| Defendant. | | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 4th day of October, 2011.

                                              s/WILLIAM H. STEELE
                                              CHIEF UNITED STATES DISTRICT JUDGE